UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GRACE RUTH REBECCA SHARPE,

                Plaintiff,

-against-

THE MENTAL HEALTH SYSTEM OF THE
UNITED STATES OF AMERICA,

                Defendant.
---------------------------------------------------------------X

JUDGMENT
08-CV- 4225 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 10 2008 ★
BROOKLYN OFFICE

       A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on November 6, 2008, dismissing the complaint for lack of standing, pursuant to Fed. R. Civ. P. 12(h)(3); it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered dismissing the complaint for lack of standing.

Dated: Brooklyn, New York
       November 07, 2008

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court